WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
   Attorney for Plaintiff

FILED'06 APR 26 07:26USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**TAMMY CANTRELL,**                         CV # 05-67-ST

   Plaintiff,

vs.                                           ORDER

**COMMISSIONER of Social Security,**

   Defendant.

---

   Attorney fees in the amount of $6,000.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

DATED this 25th day of April, 2006.

_____
United States District / Magistrate Judge

Submitted on April 19, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
   Attorney for Plaintiff

ORDER - Page 1